# Exhibit 1

**SUBMITTED ON ELECTRONIC MEDIA**