# Exhibit 4

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 1 of 5 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37 to | 09/08/2018 17:37 |

| Arrested Suspects | Additional Suspects | Unknown Suspects | Victims | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1 | | | | | | |

- [ ] Drugs
- [ ] DVIP
- [ ] Juvenile
- [ ] Child Present
- [ ] Elderly
- [ ] Sexual Assault
- [ ] CRU - Hate/Bias
- [ ] Licensed Premise
- [ ] Disabled
- [ ] Homeland Security
- [ ] Homeland Security - UASI
- [ ] Home Invasion
- [ ] Car Jack
- [ ] Gun
- [ ] Gang
- [ ] Shots Fired
- [ ] Victim Shot
- [ ] Victim Stabbed
- [ ] Other Agency/Unit Notified
- [ ] Warrant Arrest
- [ ] Search Warrant
- [ ] Licensed Premise Violation
- [ ] LPR
- [ ] Human Trafficking
- [ ] Bicycle
- [ ] School
- [ ] Homeless
- [ ] Sex Offender
- [ ] NIDV
- [ ] Child Abuse

## Incident Details

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|
| | ADULT ARREST | | |

| Situation Found | | Case Status |
|---|---|---|
| On Site | | |

Location Given By Dispatcher

## Incident Address

Street Address: 16 RICHMERE RD

| City | State | Zip | District |
|---|---|---|---|
| BSTN | MASSACHUSETTS | 02126 | DISTRICT E18 |

## Administrative Info

| Reporting Officer | Employee Number | Approving Supervisor |
|---|---|---|
| BOWEN, RAYMOND | 010507 | DRISCOLL, RICHARD |

## OFFENSE

- [x] Upgrade/Downgrade Offense
  - Upgrade/Downgrade Offense Code: WEAPON - FIREARM - CARRYING / POSSESSING, ETC
- [ ] Primary Offense
  - Crime Description: WEAPON - FIREARM - CARRYING / POSSESSING, ETC

| Offense Code Value | Attempted/Completed | Premise Type |
|---|---|---|
| 01501 | Completed | Highway/Road/Alley |

| Circumstances | Bias |
|---|---|
| | None - No Bias |

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| | | |

| Offender Using 1 | Offender Using 2 | Offender Using 3 |
|---|---|---|
| | | |

| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |
|---|---|---|---|
| | | | |

| Gang Type #1 | Gang Name #1 |
|---|---|
| | |

| Gang Type #2 | Gang Name #2 |
|---|---|
| | |

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|
| | | | |

### MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|
| | | |

| Entry Point 1 | Entry Point 2 | Exit Point 1 |
|---|---|---|
| | | |

| Exit Point 2 | Target Area | Property Target 1 |
|---|---|---|
| | | |

| Property Target 2 | Property Target 3 | Victim Target |
|---|---|---|
| | | |

| Time of Day | Victim Activity | Action 1 to Premises |
|---|---|---|
| | | |

| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim |
|---|---|---|
| | | |

| Action 2 on Victim | Action 3 on Victim | Other Action 1 |
|---|---|---|
| | | |

| Other Action 2 | Other Action 3 | Solicited Offered 1 |
|---|---|---|
| | | |

| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 |
|---|---|---|
| | | |

| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto |
|---|---|---|
| | | |

| Weapon 3 | Weapon 3 Auto | Arson |
|---|---|---|
| | | |



# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 2 of 5 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37   to | 09/08/2018 17:37 |

| Precipitating Circumstance | Instrument Used |
|---|---|
| | |

Unusual Actions and Statements of Suspect

---

**SUSPECT**  ☑ Known   ☐ Unknown   ☑ Arrested

| Name (Last, First Middle) |
|---|
| STEWART, KAAMAL |

| Suffix | Nickname | Race | Gender | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|
| | | Black | Male | | 1984 | 33 | to |

| Height | Weight | Driver's License # | DL State | Local ID | SID |
|---|---|---|---|---|---|
| 5'10" | 175 | | MASSACHUSETTS | | |

| FBI # | SBI # | Place of Birth | Citizenship |
|---|---|---|---|

| Ethnicity | Marital Status |
|---|---|
| Unknown | |

| Preferred | Contact #1 | Contact #2 | Email Address |
|---|---|---|---|

### Suspect Home Address

| Street Address |
|---|
| |

| City | State | Zip |
|---|---|---|
| MATTAPAN | MASSACHUSETTS | 02126 |

### Suspect Employment Information

☐ Student   Employer / School   Occupation

| Street Address |
|---|

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

### Details

| Hair Color | Hair Length | Glasses | Eye Color | Build | Facial Hair | Facial Hair Color |
|---|---|---|---|---|---|---|
| Black | Short | ☐ | Brown | Thin | Mustache w/Beard | Black |

| Voice | Complexion | Hand Preference |
|---|---|---|
| | Medium Brown | |

Clothing Description

Trademarks of Suspect

| Injury 1 | Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|---|

☐ Hospitalized   Hospital Facility     Resident

**MO Panel**

| Entry Type | Entry Area | Entry Method |
|---|---|---|

| Entry Point | Exit Point | Target Area |
|---|---|---|

| Property Target 1 | Property Target 2 | Property Target 3 |
|---|---|---|

| Victim Target | Time of Day | Victim Activity |
|---|---|---|

| Action 1 on Victim | Action 2 on Victim | Action 3 on Victim |
|---|---|---|

| Action 1 to Premises | Action 2 to Premises | Action 3 to Premises |
|---|---|---|

| Other Action 1 | Other Action 2 | Other Action 3 |
|---|---|---|

| Solicited Offered 1 | Solicited Offered 2 | Solicited Offered 3 |
|---|---|---|

| Weapon 1 | Weapon 2 | Weapon 3 |
|---|---|---|

| Weapon 1 Type | Weapon 2 Type | Weapon 3 Type |
|---|---|---|

| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |
|---|---|---|

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 3 of 5 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37 to | 09/08/2018 17:37 |

| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
|---|---|---|
| | | |

| Arson | Precipitating Circumstance | Instrument Used |
|---|---|---|
| | | |

Comments

## Associated Offenses

**Offense**
WEAPON - FIREARM - CARRYING / POSSESSING, ETC      ☑ Associated With Suspect

### ARREST

| Arrested As | Arrest Number | RICI Booking Num | Arrest Action |
|---|---|---|---|
| ☑ Adult ☐ Juvenile | 100049579 | 18-00967-03 | Arrested |

| Disposition | Arrest Date/Time | Booking District | |
|---|---|---|---|
| Referred to Criminal or Adult Court | 09/24/2018 09:49 | | ☐ Arrested on Scene |

**Arrest Address**

Street Address: 16 RICHMERE RD
City: BSTN   State: MASSACHUSETTS   Zip: 02126

| Test Given | Test Date/Time | Test Results | Test Administered By |
|---|---|---|---|
| | | | |
| | | | |

| Arresting Officer | Transporting Officer |
|---|---|
| BOWEN, RAYMOND A | MACISAAC, DANIEL J. |

| Weapon 1 | Automatic Weapon 1 | Weapon 2 |
|---|---|---|
| | | |

| Automatic Weapon 2 | Multiple Clearance | Juvenile Disposition | Card Number |
|---|---|---|---|
| | | | |

| Warrant Number | Warrant Signed By | OUI Alcohol Arrest |
|---|---|---|
| | | ☐ |

### DUI/OUI Information

| Public Way | Observed Driving | Glassy Eyes | PBT |
|---|---|---|---|
| Unsteady on Feet | Bloodshot Eyes | Crash | Offered Test |
| Slurred Speech | Odor | | |

Other Grounds

## Associated Charges

**Charge**
Weapons Violation - Unlawful Possession of Firearm      ☑ Felony  ☐ Misdemeanor
Counts: 1   Bail: 0.00

## Statement of Probable Cause

This male matched the description of a man on an identification wanted poster at area B3 from incident I182072432 09/08/2018 wearing a blue Nike jacket and blue Red Sox baseball cap with a beard. At that time officer turned his vehicle to approach and speak with the male. As the unidentified male approached the Fairlawn Estates development, he walked into and then took a left onto Fairlawn Ave. Officer Bowen, then assisted by Officer Alexis the C431D, searched the development parking lot. As Officer Bowen, exited the parking lot onto Cummings Highway he again observed the male on Cummings Hwy turning onto Richmere Rd.

Officer then drove to Richmere Rd where he observed the male in the rear of number 12. Male was climbing the fence from 12 Richmere Rd to 14 Richmere Rd and the into the yard of number 16. At that time Officer Bowen went to the right side of number 16 Richmere Rd and observed the male in the rear stairwell leading to the basement of the residence. At this time the male had discarded his blue hooded Nike jacket and blue Boston Red Sox hat. Officer Bowen, and Officer Alexis, then approached the suspect giving him lawful commands to show himself. Officers Wood, Alexis and Bowen placed the suspect in custody without incident. Also arriving on scene were the CK01D Wood and Wyman , C902 Sgt

# Incident Report



| Case Number | CAD Incident # |
|---|---|
| I182072432 | P180469094 |
| Report Type | |
| Incident Supplement | Page 4 of 5 |
| Date / Time Occurred | Date / Time Reported |
| 09/08/2018 17:37  to | 09/08/2018 17:37 |

Chrispin, C904 Sgt O'Connor, C802 Skeen, C806 Dorsenvil. Male was then held until the arrival of the C983 Sgt Det. Fitzgerald who confirmed he was the suspect in the wanted poster.

Suspect was then placed under arrest and transported to Area B3 by the CD40 PO MacIsaac. Suspect was booked at Area B3. Suspect was charged with Unlawful Possession of A Firearm c269 c10h.

**VICTIM**
Victim Type: Society
Name (Last, First Middle): COMM OF MASS
Suffix | Nickname | Race | Gender | SSN | Date of Birth | Age | Age Range to
Infant Type | Height | Weight | Driver's License # | DL State
Place of Birth | Citizenship
Ethnicity | Marital Status
Preferred | Contact #1 | Contact #2 | Email Address

**Victim Home Address**
Street Address: 1165 BLUE HILL AVE
City: BSTN | State: MASSACHUSETTS | Zip: 02124

**Employment Information**
[ ] Student | Employer / School | Occupation
College Name | On Campus [ ] Yes [ ] No
Street Address
City | State | Zip | Work Phone | Hours of Employment

**Details**
Hair Color | Eye Color | Build | Resident
Injury 1 | Injury Description
Injury 2 | Injury 3 | Injury 4 | Injury 5
Victim Condition | Victim-Offender

A. Assault/Homicide [ ] Yes [ ] No | A. Assault/Homicide Circumstance 1 | A. Assault/Homicide Circumstance 2
Justifiable Homicide [ ] Yes [ ] No | Justifiable Homicide Circumstance
[ ] Victim Hospitalized | Hospital Facility | Hospital Description

Under Influence Alcohol? [ ] Yes [ ] No [ ] Unknown | Under Influence Drugs? [ ] Yes [ ] No [ ] Unknown | Domestic Disturbance | Domestic Violence Victim Transported [ ] Yes [ ] No
Violation of Protective Order [ ] Yes [ ] No | Cohabitant [ ] Yes [ ] No

**Associated Offenses**
Offense: WEAPON - FIREARM - CARRYING / POSSESSING, ETC   [✓] Associated With Victim

**Public Narrative**
On 09/24/2018 at about 0940 hrs Officer Bowen in the C660F observed a black bearded male wearing a blue hooded Nike jacket and blue Boston Red Sox baseball cap on Cummins Highway near Rockdale Rd walking inbound towards Woodhaven St.



# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 5 of 5 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37  to | 09/08/2018 17:37 |

This male matched the description of a man on an identification wanted poster at area B3 from incident I182072432 09/08/2018 wearing a blue Nike jacket and blue Red Sox baseball cap with a beard. At that time officer turned his vehicle to approach and speak with the male. As the unidentified male approached the Fairlawn Estates development, he walked into and then took a left onto Fairlawn Ave. Officer Bowen, then assisted by Officer Alexis the C431D, searched the development parking lot. As Officer Bowen, exited the parking lot onto Cummings Highway he again observed the male on Cummings Hwy turning onto Richmere Rd.

Officer then drove to Richmere Rd where he observed the male in the rear of number 12. Male was climbing the fence from 12 Richmere Rd to 14 Richmere Rd and the into the yard of number 16. At that time Officer Bowen went to the right side of number 16 Richmere Rd and observed the male in the rear stairwell leading to the basement of the residence. At this time the male had discarded his blue hooded Nike jacket and blue Boston Red Sox hat. Officer Bowen, and Officer Alexis, then approached the suspect giving him lawful commands to show himself. Officers Wood, Alexis and Bowen placed the suspect in custody without incident. Also arriving on scene were the CK01D Wood and Wyman , C902 Sgt Chrispin , C904 Sgt O'Connor , C802 Skeen , C806 Dorsenvil. Male was then held until the arrival of the C983 Sgt Det. Fitzgerald who confirmed he was the suspect in the wanted poster.

Suspect was then placed under arrest and transported to Area B3 by the CD40 PO MacIsaac. Suspect was booked at Area B3. Suspect was charged with Unlawful Possession of A Firearm c269 c10h.

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| I182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 1 of 4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37  to | 09/08/2018 17:37 |

| Arrested Suspects | Additional Suspects 1 | Unknown Suspects | Victims 1 | Other Persons | Vehicles | Items | Evidence Count | Leoka Count | File # |
|---|---|---|---|---|---|---|---|---|---|

- [ ] Drugs
- [ ] CRU - Hate/Bias
- [ ] Car Jack
- [ ] Other Agency/Unit Notified
- [ ] Bicycle
- [ ] DVIP
- [ ] Licensed Premise
- [ ] Gun
- [ ] Warrant Arrest
- [ ] School
- [ ] Juvenile
- [ ] Disabled
- [ ] Gang
- [ ] Search Warrant
- [ ] Homeless
- [ ] Child Present
- [ ] Homeland Security
- [ ] Shots Fired
- [ ] Licensed Premise Violation
- [ ] Sex Offender
- [ ] Elderly
- [ ] Homeland Security - UASI
- [ ] Victim Shot
- [ ] LPR
- [ ] NIDV
- [ ] Sexual Assault
- [ ] Home Invasion
- [ ] Victim Stabbed
- [ ] Human Trafficking
- [ ] Child Abuse

## Incident Details

| Unit Number | Clearance Disposition | Cleared by Exception | Exceptional Clearance Date |
|---|---|---|---|

| Situation Found | Case Status |
|---|---|
| On Site | |

Location Given By Dispatcher

## Incident Address

| Street Address |
|---|
| 1617 BLUE HILL AVE |

| City | State | Zip | District |
|---|---|---|---|
| BSTN | MASSACHUSETTS | 02126 | DISTRICT B3 |

## Administrative Info

| Reporting Officer | Employee Number | Approving Supervisor |
|---|---|---|
| FITZGERALD, JOHN | 011683 | FITZGERALD, JOHN |

## OFFENSE

- [ ] Upgrade/Downgrade Offense — Upgrade/Downgrade Offense Code
- [x] Primary Offense — Crime Description: WEAPON - FIREARM - CARRYING / POSSESSING, ETC

| Offense Code Value | Attempted/Completed | Premise Type |
|---|---|---|
| 01501 | Completed | |

| Circumstances | Bias |
|---|---|
| | None - No Bias |

| Criminal Activity 1 | Criminal Activity 2 | Criminal Activity 3 |
|---|---|---|
| Possessing / Concealing | | |

| Offender Using 1 | Offender Using 2 | Offender Using 3 |
|---|---|---|
| Not Applicable | | |

| # Premise Entered | Home Invasion | Domestic Violence | Gang Activity |
|---|---|---|---|
| | | | YES |

| Gang Type #1 | Gang Name #1 |
|---|---|
| Street Gang | GREENFIELD |

| Gang Type #2 | Gang Name #2 |
|---|---|

| Drug Related | Drug Type | Drug Origin | Drug Precursors |
|---|---|---|---|
| No | | | |

### MO Panel

| Entry Type | Entry Area | Entry Method |
|---|---|---|

| Entry Point 1 | Entry Point 2 | Exit Point 1 |
|---|---|---|

| Exit Point 2 | Target Area | Property Target 1 |
|---|---|---|

| Property Target 2 | Property Target 3 | Victim Target |
|---|---|---|

| Time of Day | Victim Activity | Action 1 to Premises |
|---|---|---|

| Action 2 to Premises | Action 3 to Premises | Action 1 on Victim |
|---|---|---|

| Action 2 on Victim | Action 3 on Victim | Other Action 1 |
|---|---|---|

| Other Action 2 | Other Action 3 | Solicited Offered 1 |
|---|---|---|

| Solicited Offered 2 | Solicited Offered 3 | Weapon 1 |
|---|---|---|
| | | Handgun |

| Weapon 1 Auto | Weapon 2 | Weapon 2 Auto |
|---|---|---|
| Semi-Automatic | | |

| Weapon 3 | Weapon 3 Auto | Arson |
|---|---|---|



# Incident Report

| | |
|---|---|
| Case Number | 182072432 |
| CAD Incident # | P180469094 |
| Report Type | Incident Supplement |
| Page | 2 of 4 |
| Date / Time Occurred | 09/08/2018 17:37 to |
| Date / Time Reported | 09/08/2018 17:37 |

**Precipitating Circumstance:** Unknown
**Instrument Used:** Unknown
**Unusual Actions and Statements of Suspect:**

---

**SUSPECT** [✓] Known  [ ] Unknown  [ ] Arrested

**Name (Last, First Middle):** STEWART, KAAMAL BRENDAN
**Suffix:**  **Nickname:**  **Race:** Black  **Gender:** Male  **SSN:**  **Date of Birth:** /1984  **Age:** 33  **Age Range:** to
**Height:** 5'10"  **Weight:** 170  **Driver's License #:**  **DL State:** MASSACHUSETTS  **Local ID:**  **SID:**
**FBI #:**  **SBI #:**  **Place of Birth:** BOSTON MA US  **Citizenship:** US CITIZEN
**Ethnicity:** Not of Hispanic Origin  **Marital Status:** Separated
**Preferred:**  **Contact #1:** 617-980-4903  **Contact #2:**  **Email Address:**

### Suspect Home Address
**Street Address:**
**City:** BSTN  **State:** MASSACHUSETTS  **Zip:** 02126

### Suspect Employment Information
[ ] Student  **Employer / School:** KEEFE  **Occupation:** WAREHOUSE
**Street Address:** 1 PROVIDENCE HIGHWAY
**City:** DEDHAM  **State:** MASSACHUSETTS  **Zip:** 02026  **Work Phone:**  **Hours of Employment:**

### Details
**Hair Color:**  **Hair Length:**  [ ] Glasses  **Eye Color:**  **Build:**  **Facial Hair:**  **Facial Hair Color:**
**Voice:**  **Complexion:**  **Hand Preference:**

**Clothing Description:** BLUE RED SOX CAP, BLUE HOODED JACKET, GRAY SHIRT, JEANS, BLACK SNEAKERS

**Trademarks of Suspect:**
**Injury 1:**  **Injury 2:**  **Injury 3:**  **Injury 4:**  **Injury 5:**

[ ] Hospitalized  **Hospital Facility:**  **Resident:**

**MO Panel**
**Entry Type:**  **Entry Area:**  **Entry Method:**
**Entry Point:**  **Exit Point:**  **Target Area:**
**Property Target 1:**  **Property Target 2:**  **Property Target 3:**
**Victim Target:**  **Time of Day:**  **Victim Activity:**
**Action 1 on Victim:**  **Action 2 on Victim:**  **Action 3 on Victim:**
**Action 1 to Premises:**  **Action 2 to Premises:**  **Action 3 to Premises:**
**Other Action 1:**  **Other Action 2:**  **Other Action 3:**
**Solicited Offered 1:**  **Solicited Offered 2:**  **Solicited Offered 3:**
**Weapon 1:**  **Weapon 2:**  **Weapon 3:**
**Weapon 1 Type:**  **Weapon 2 Type:**  **Weapon 3 Type:**



# Incident Report

| Case Number | CAD Incident # |
|---|---|
| 182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 3 of 4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37  to | 09/08/2018 17:37 |

| Weapon 1 Caliber | Weapon 2 Caliber | Weapon 3 Caliber |
|---|---|---|
| | | |

| Weapon 1 Color | Weapon 2 Color | Weapon 3 Color |
|---|---|---|
| | | |

| Arson | Precipitating Circumstance | Instrument Used |
|---|---|---|
| | | |

Comments

### Associated Offenses

| Offense | |
|---|---|
| WEAPON - FIREARM - CARRYING / POSSESSING, ETC | ☑ Associated With Suspect |

**VICTIM**  Victim Type: Government

Name (Last, First Middle): COMM OF MASS

| Suffix | Nickname | Race | Gender | SSN | Date of Birth | Age | Age Range to |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Infant Type | Height | Weight | Driver's License # | DL State |
|---|---|---|---|---|
| | | | | |

| Place of Birth | Citizenship |
|---|---|
| | |

| Ethnicity | Marital Status |
|---|---|
| | |

| Preferred | Contact #1 | Contact #2 | Email Address |
|---|---|---|---|
| | | | |

### Victim Home Address

Street Address

| City | State | Zip |
|---|---|---|
| | | |

### Employment Information

☐ Student   Employer / School   Occupation

| College Name | On Campus | |
|---|---|---|
| | ☐ Yes  ☐ No | |

Street Address: 1165 BLUE HILL AVE

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|
| BSTN | MASSACHUSETTS | 02124 | | |

### Details

| Hair Color | Eye Color | Build | Resident |
|---|---|---|---|
| | | | |

| Injury 1 | Injury Description |
|---|---|
| | |

| Injury 2 | Injury 3 | Injury 4 | Injury 5 |
|---|---|---|---|
| | | | |

| Victim Condition | Victim-Offender |
|---|---|
| | Offender |

| **A. Assault/Homicide** | A. Assault/Homicide Circumstance 1 | A. Assault/Homicide Circumstance 2 |
|---|---|---|
| ☐ Yes  ☐ No | | |

| **Justifiable Homicide** | Justifiable Homicide Circumstance |
|---|---|
| ☐ Yes  ☐ No | |

| | Hospital Facility | Hospital Description |
|---|---|---|
| ☐ Victim Hospitalized | | |

| Under Influence Alcohol? | Under Influence Drugs? | Domestic Disturbance | Domestic Violence Victim Transported |
|---|---|---|---|
| ☐ Yes ☐ No ☐ Unknown | ☐ Yes ☐ No ☐ Unknown | No | ☐ Yes ☐ No |

| Violation of Protective Order | Cohabitant |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

### Associated Offenses

| Offense | |
|---|---|
| WEAPON - FIREARM - CARRYING / POSSESSING, ETC | ☑ Associated With Victim |

Public Narrative

# Incident Report

| Case Number | CAD Incident # |
|---|---|
| 182072432 | P180469094 |

| Report Type | |
|---|---|
| Incident Supplement | Page 4 of 4 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 09/08/2018 17:37  to | 09/08/2018 17:37 |

Public Narrative

On September 15, 2018 Detective O'Brien (C818) disseminated a series a photos collected during the investigation into a discarded firearm at 885 Cummins Highway on 9/08/2018 at 5:37 p.m.

Upon seeing the photographs, Police Officer Rory Foley, assigned to District B-3, contacted Detective O'Brien and informed him that he believed the individual in the photographs to be Kaamal Stewart, DOB ▮▮▮▮ 1984. An individual he had dealt with on several occasions.

Detective O'Brien was also contacted by Police Officer Joseph Connolly, assigned to the Youth Violence Strike Force, who informed him that the individual in the photographs was Kaamal Stewart, DOB ▮▮▮▮ 1984.